UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>09-10023-WGY</u>

**UNITED STATES**
Government

v.

**HENRY FRANKLIN**
Defendant

ORDER

**YOUNG, D.J.**

**Upon oral motion by the defendant Henry Franklin to Dismiss the case, the above entitled case is Ordered Dismissed for Speedy Trial Act violations. The dismissal is without prejudice.**

**By the Court,**

**/s/ Elizabeth Smith**
_____
**Deputy Clerk**

**June 16, 2011**

**To: All Counsel**